**Fill in this information to identify the case:**

Debtor 1 ___Chiquilla Kenyatta Lucas aka Chiquilla K. Culp___

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Mississippi

Case number ___14-12801-JDW_____

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** US Bank Trust National Association, et al    **Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account:  8  1  0  0

**Date of payment change:**
Must be at least 21 days after date of this notice    03/01/2018

**New total payment:** $ 935.88
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:** $ 116.43    **New escrow payment:** $ 124.58

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   **Current interest rate:** _____%    **New interest rate:** _____%

   **Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

| Debtor 1 | Chiquilla Kenyatta Lucas | | Case number (*if known*) 14-12801-JDW |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ _/s/ Hunter_                                                                 Date 02/06/2018
Signature

Print:    Jessica Lynn Hunter                              Title   Bankruptcy Asset Manager
         First Name    Middle Name    Last Name

Company  SN Servicing Corporation

Address  323 5th Street
         Number    Street

         Eureka                              CA        95501
         City                                State     ZIP Code

Contact phone  800-603-0836                   Email  bknotices@snsc.com

---

Official Form 410S1                  **Notice of Mortgage Payment Change**                       page **2**

Print    Save As...    Add Attachment                                          Reset

SN Servicing Corporation                                      Final
323 FIFTH STREET
EUREKA, CA 95501
For Inquiries: (800) 603-0836

Analysis Date: January 15, 2018

LENDER LUSE                                                                          Loan:
611 FRENCH RD                                          Property Address:
BYHALIA MS 38611                                       611 FRENCH ROAD
                                                       BYHALIA, MS 38611

## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Mar 2017 to Feb 2018. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Mar 01, 2018: |
|---|---|---|
| Principal & Interest Pmt: | 811.30 | 811.30 ** |
| Escrow Payment: | 116.43 | 124.58 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $927.73 | $935.88 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Aug 01, 2017 |
| Escrow Balance: | (1,144.97) |
| Anticipated Pmts to Escrow: | 815.01 |
| Anticipated Pmts from Escrow (-): | 87.89 |
| Anticipated Escrow Balance: | ($417.85) |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Starting Balance | 79.51 | (1,203.36) |
| Mar 2017 | 85.10 | 82.41 | 45.37 |  | * Forced Place Ins | 119.24 | (1,120.95) |
| Mar 2017 |  |  |  | 44.97 | * Escrow Disbursement | 119.24 | (1,165.92) |
| Apr 2017 | 85.10 | 82.41 | 45.37 |  | * Forced Place Ins | 158.97 | (1,083.51) |
| Apr 2017 |  |  |  | 44.89 | * Escrow Disbursement | 158.97 | (1,128.40) |
| May 2017 | 85.10 | 106.62 | 45.37 |  | * Forced Place Ins | 198.70 | (1,021.78) |
| May 2017 |  |  |  | 44.81 | * Escrow Disbursement | 198.70 | (1,066.59) |
| Jun 2017 | 85.10 | 82.41 | 45.37 |  | * Forced Place Ins | 238.43 | (984.18) |
| Jun 2017 |  |  |  | 44.56 | * Escrow Disbursement | 238.43 | (1,028.74) |
| Jul 2017 | 85.10 | 82.41 | 45.37 |  | * Forced Place Ins | 278.16 | (946.33) |
| Jul 2017 |  |  |  | 44.48 | * Escrow Disbursement | 278.16 | (990.81) |
| Aug 2017 | 85.10 | 116.43 | 45.37 |  | * Forced Place Ins | 317.89 | (874.38) |
| Aug 2017 |  |  |  | 44.39 | * Escrow Disbursement | 317.89 | (918.77) |
| Sep 2017 | 85.10 | 116.43 | 45.37 |  | * Forced Place Ins | 357.62 | (802.34) |
| Sep 2017 |  |  |  | 44.30 | * Escrow Disbursement | 357.62 | (846.64) |
| Oct 2017 | 85.10 | 116.43 | 45.37 |  | * Forced Place Ins | 397.35 | (730.21) |
| Oct 2017 |  |  |  | 44.21 | * Escrow Disbursement | 397.35 | (774.42) |
| Nov 2017 | 85.10 | 116.43 | 45.37 |  | * Forced Place Ins | 437.08 | (657.99) |
| Nov 2017 |  |  |  | 44.13 | * Escrow Disbursement | 437.08 | (702.12) |
| Dec 2017 | 85.10 | 116.43 | 45.37 |  | * Forced Place Ins | 476.81 | (585.69) |
| Dec 2017 |  |  |  | 44.04 | * Escrow Disbursement | 476.81 | (629.73) |
| Jan 2018 | 85.10 |  | 45.37 |  | * Forced Place Ins | 516.54 | (629.73) |
| Jan 2018 |  |  |  | 43.94 | * Escrow Disbursement | 516.54 | (673.67) |
| Jan 2018 |  |  | 471.30 |  | * County Tax | 516.54 | (1,144.97) |
| Feb 2018 | 85.10 |  | 45.37 |  | * Forced Place Ins | 556.27 | (1,144.97) |
| Feb 2018 |  |  | 476.80 |  | * County Tax | 79.47 | (1,144.97) |

Page 1

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | Anticipated Transactions | 79.47 | (1,144.97) |
| Jan 2018 |  | 698.58 |  | 43.94 | Forced Place Ins | (490.33) |
| Feb 2018 |  | 116.43 |  | 43.94 | Forced Place Ins | (417.85) |
|  | $1,021.20 | $1,833.42 | $1,021.24 | $1,047.91 |  |  |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling $1,021.24. Under Federal law, your lowest monthly balance should not have exceeded $170.21 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 12 months.

SN Servicing Corporation  Final
For Inquiries: (800) 603-0836

Analysis Date: January 15, 2018

LENDER LUSE                                                                 Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | (417.85) | 78.49 |
| Mar 2018 | 83.22 | 43.94 | Forced Place Ins | (378.57) | 117.77 |
| Apr 2018 | 83.22 | 43.94 | Forced Place Ins | (339.29) | 157.05 |
| May 2018 | 83.22 | 43.94 | Forced Place Ins | (300.01) | 196.33 |
| Jun 2018 | 83.22 | 43.94 | Forced Place Ins | (260.73) | 235.61 |
| Jul 2018 | 83.22 | 43.94 | Forced Place Ins | (221.45) | 274.89 |
| Aug 2018 | 83.22 | 43.94 | Forced Place Ins | (182.17) | 314.17 |
| Sep 2018 | 83.22 | 43.94 | Forced Place Ins | (142.89) | 353.45 |
| Oct 2018 | 83.22 | 43.94 | Forced Place Ins | (103.61) | 392.73 |
| Nov 2018 | 83.22 | 43.94 | Forced Place Ins | (64.33) | 432.01 |
| Dec 2018 | 83.22 | 43.94 | Forced Place Ins | (25.05) | 471.29 |
| Jan 2019 | 83.22 | 43.94 | Forced Place Ins | 14.23 | 510.57 |
| Feb 2019 | 83.22 | 43.94 | Forced Place Ins | 53.51 | 549.85 |
| Feb 2019 | | 471.30 | County Tax | (417.79) | 78.55 |
| | $998.64 | $998.58 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of $78.55. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed $166.43 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is ($417.85). Your starting balance (escrow balance required) according to this analysis should be $78.49. This means you have a shortage of $496.34. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 12 months.

We anticipate the total of your coming year bills to be $998.58. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---:|
| Unadjusted Escrow Payment | 83.22 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 41.36 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $124.58 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $894.52 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

Page 4

1  Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
2  Kristin A. Zilberstein (SBN 200041)
   Jennifer R. Bergh, Esq. (SBN 305219)
3  LAW OFFICES OF MICHELLE GHIDOTTI
   1920 Old Tustin Ave.
4  Santa Ana, CA 92705
5  Ph:  (949) 427-2010
   Fax: (949) 427-2732
6  mghidotti@ghidottilaw.com

7  Attorney for Creditor
8  U.S. Bank Trust National Association, et al

9                    UNITED STATES BANKRUPTCY COURT
10           NORTHERN DISTRICT OF MISSISSIPPI – ABERDEEN DIVISION
11

12 | In Re: | ) | CASE NO.:  14-12801-JDW |
   |  | ) |  |
13 | Chiquilla Kenyatta Lucas, | ) | CHAPTER 13 |
14 |  | ) |  |
   | Debtors. | ) | **CERTIFICATE OF SERVICE** |
15 |  | ) |  |

20

21  **CERTIFICATE OF SERVICE**

22

23      I am employed in the County of Orange, State of California.  I am over the age of

24  eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Ave.,

25  Santa Ana, CA 92705.

26      I am readily familiar with the business's practice for collection and processing of

27  correspondence for mailing with the United States Postal Service; such correspondence would

28  be deposited with the United States Postal Service the same day of deposit in the ordinary

course of business.

1

CERTIFICATE OF SERVICE

On February 8, 2018 I served the following documents described as:

- **NOTICE OF MORTGAGE PAYMENT CHANGE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Chapter 13 Trustee** |
|---|---|
| Chiquilla Kenyatta Lucas | Locke D. Barkley |
| 611 French Rd. | 6360 I-55 North |
| Byhalia, MS 38611 | Suite 140 |
| | Jackson, MS 39211 |
| **Debtor's Counsel** | |
| Robert H. Lomenick, Jr. | **U.S. Trustee** |
| P.O. Box 417 | U. S. Trustee |
| Holly Springs, MS 38635 | 501 East Court Street, Suite 6-430 |
| | Jackson, MS 39201 |

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 8, 2018 at Santa Ana, California

/*s / Jeremy Romero*
Jeremy Romero

2
CERTIFICATE OF SERVICE