**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Chiquilla Kenyatta Lucas; aka Chiquilla K. Culp |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Mississippi (State) |
| Case number | 14-12801-JDW |

Form 4100R
# Response to Notice of Final Cure Payment 10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series II Trust

**Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account: 8 1 0 0

**Property address:** 611 French Road
Number    Street

Byhalia    MS    38611
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 07 / 01 / 2019
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total.** Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___ / ___ / ___
MM / DD / YYYY

Form 4100R    Response to Notice of Final Cure Payment    page 1

Debtor 1  Chiquilla Kenyatta Lucas                    Case number (*if known*) 14-12801
          First Name   Middle Name   Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ D. Anthony Sottile                                Date  07/24/2019
  Signature

Print    D. Anthony Sottile                            Title  Authorized Agent for Creditor
         First Name   Middle Name   Last Name

Company  Sottile and Barile, LLC

If different from the notice address listed on the proof of claim to which this response applies:

Address  394 Wards Corner Road, Suite 180
         Number       Street

         Loveland                  OH        45140
         City                      State     ZIP Code

Contact phone ( 513 ) 444 – 4100              Email  bankruptcy@sottileandbarile.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

| | |
|---|---|
| In Re: | Case No. 14-12801-JDW |
| Chiquilla Kenyatta Lucas<br>*aka* Chiquilla K. Culp | Chapter 13 |
| Debtor. | Judge Jason D. Woodard |

## CERTIFICATE OF SERVICE

I certify that on July 24, 2019, a copy of the foregoing Response to Notice of Final Cure Payment was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Robert H. Lomenick, Jr., Debtor's Counsel
    rlomenick@gmail.com

    Locke D. Barkley, Chapter 13 Trustee
    sbeasley@barkley13.com

    Office of the United States Trustee
    ustpregion05.ab.ecf@usdoj.gov

I further certify that on July 24, 2019, a copy of the foregoing Response to Notice of Final Cure Payment was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Chiquilla Kenyatta Lucas, Debtor
    611 French Rd.
    Byhalia, MS 38611

| | |
|---|---|
| Dated: July 24, 2019 | /s/ D. Anthony Sottile |
| | D. Anthony Sottile |
| | Sottile & Barile, LLC |
| | 394 Wards Corner Road, Suite 180 |
| | Loveland, OH 45140 |
| | Phone: 513.444.4100 |
| | Email: bankruptcy@sottileandbarile.com |